## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DIANA M. KORITZ, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:24-cv-1093-JAR |
| vs. | ) |
| WILLIAM GUST et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiffs Motion for Leave to Add Defendant Michael V. Oliveri. ECF No. 16. In light of the Court's September 18, 2024, Order (ECF No. 15) instructing Plaintiffs to either (1) show cause why this matter should not be dismissed for lack of subject matter jurisdiction, or (2) file an amended complaint asserting a non-frivolous claim over which this court has subject matter jurisdiction, the Court will deny Plaintiffs' motion without prejudice to refiling once Plaintiffs show that the Court has jurisdiction over their claims.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Add Defendant [ECF No. 16] is **DENIED** without prejudice.

Dated this 19th day of September 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE